CO-386-online
10/03

# United States District Court
# For the District of Columbia

ANGELEX LTD.

                Plaintiff

vs

UNITED STATES OF AMERICA

                Defendant

Civil Action No. 1:15-cv-56

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ANGELEX LTD. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ANGELEX LTD. which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

1011459
BAR IDENTIFICATION NO.

George M. Chalos
Print Name

55 Hamilton Avenue
Address

Oyster Bay     NY     11771
City     State     Zip Code

(516) 714-4300
Phone Number