**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANGELEX LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 15-cv-56** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF ANGELEX'S CROSS-MOTION FOR SUMMARY JUDGMENT**

**COMES NOW,** Plaintiff, Angelex Ltd. ("Plaintiff" or "Angelex"), by and through undersigned counsel, and respectfully submits this Cross-Motion for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56, and Local Rule LCvR 7(h) and 56.1, on the grounds that the delay of the M/V ANTONIS G. PAPPADAKIS ("the Vessel") at Norfolk from April 19, 2013 through October 3, 2013 was unreasonable as a matter of undisputed fact and that Plaintiff is entitled to judgment as a matter of law. The undisputed material facts establish that the government's acts and omissions were unreasonable and, as such, this Court should enter judgment in favor of Angelex and award compensation for its losses, damages, and expenses arising from the unreasonable delay and detention of the Vessel, as provided for in 33 U.S.C. § 1904(h) in an amount no less than USD 4,179,907.44.

In support of this cross-motion and in opposition to Defendant's Motion for Summary Judgment, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, its Statement of Material Facts, Exhibits 1 through 27, and the Declaration of George M. Chalos.

Dated: March 10, 2017
Oyster Bay, New York

Respectfully submitted,

**CHALOS & CO, P.C.**

/s/ George M. Chalos
George M. Chalos
Bar ID 1011459
55 Hamilton Avenue
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (516) 750-9051
Email: gmc@chaloslaw.com

## CERTIFICATE OF SERVICE

I certify that on March 10, 2017, the foregoing was filed using the Court's CM/ECF filing system, which will send electronic notification of this filing to counsel of record.

/s/ George M. Chalos
George M. Chalos
Bar ID 1011459