**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANGELEX LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-cv-56 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO STRIKE**
**THE DECLARATION OF GEORGE M. CHALOS**

Angelex Ltd.'s (Angelex's) lead counsel offers a personal declaration, ECF No. 40-2, as substantive evidence. The United States believes such a declaration to be inadmissible. Accordingly, the government moves to strike the declaration from the docket.

The government brings this motion to strike now, rather than arguing the point in a responsive brief, based on an admonition from the United States Court of Appeals for the District of Columbia Circuit: "Rule 56(e) defects are waived where, as here, no motion to strike is directed to them below." *See Humane Soc'y of the United States v. Babbitt*, 46 F.3d 93, 97 n.5 (D.C. Cir. 1995) (citing *De Cintio v. Westchester County Med. Ctr.*, 821 F.2d 111, 114 (2d Cir. 1987)).

This motion is accompanied by a memorandum in support and a proposed order.

DATED: March 15, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOHN G. INTERRANTE
Assistant United States Attorney

*/s/ Michael A. DiLauro*
MICHAEL A. DiLAURO
Senior Admiralty Counsel
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1425 New York Ave., N.W., Ste. 10146
Washington, D.C. 20005 (overnight courier)
P.O. Box 14271
Washington, D.C. 20044-4271 (mailing)
Telephone: (202) 616-4047
Facsimile: (202) 616-4159
michael.dilauro@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 15, 2017, the foregoing was filed using the Court's CM/ECF filing system, which will send electronic notification of this filing to counsel of record.

*/s/ Michael A. DiLauro*
MICHAEL A. DiLAURO
Senior Admiralty Counsel